■ The People of the State of New York, Respondent, v Thomas Perez, Appellant. (Appeal No. 2.) [858 NYS2d 646]—Appeal from a new sentence of the Monroe County Court (Stephen R. Sirkin, J.), rendered November 17, 2005 imposed upon defendant's conviction of criminal possession of a controlled substance in the first degree. Defendant was resentenced pursuant to the 2004 Drug Law Reform Act upon his 2005 conviction.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.